LEAH HESS, State Bar No.126800
LAW OFFICE OF LEAH HESS
1814 Franklin Street, Suite 805
Oakland, CA 94612
Telephone: (510) 451-3103
Facsimile: (510) 451-9240

Attorney for Appellant EMIL SHOKOHI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No. C-15-02033 JSW |
| BERKELEY DELAWARE COURT, LLC, | Bankruptcy Case No. 1107128 |
| Debtor. | Bankruptcy Adversary Case No. 13-04219 |
| | [Proposed] ORDER DISMISSING APPEAL, WITH PREJUDICE |
| FIRST-CITIZENS BANK & TRUST COMPANY, | |
| Plaintiff/Appellee, | |
| 1080 DELAWARE, LLC, | |
| Plaintiff-in-Intervention/Appellee, | |
| vs. | |
| EMIL SHOKOHI, | |
| Defendant/Appellant. | |

The parties to this action, Appellant Emil Shokohi and Appellees First-Citizens Bank & Trust Company, LLC and 1080 Delaware LLC, entered into a settlement resolving the claims herein and providing for the dismissal, with prejudice of this appeal.

Appellant EMIL SHOKOHI, by and through his attorney, LEAH HESS having requested that a Dismissal, with prejudice, of the above described appeal be entered, IT IS HEREBY ORDERED:

NOTICE OF SETTLEMENT                                                                                                   Case No. C-15-02033 JSW

1 | The appeal of Appellant Emil Shokohi is hereby dismissed with prejudice.

2 | Dated: ~~January 15, 2016~~
3 | February 3, 2016

_____
Jeffrey S. White
Judge of the United States District Court